**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**HABIBOU YAYE**,

*Plaintiff*,

v.

**KEITH DORR, *et al.***,

*Defendants*.

No. 26-cv-13642

**ORDER**

The Court has reviewed Plaintiff's Complaint, (ECF No. 1). The Complaint contains nearly five pages of unnumbered narrative text combining factual allegations and legal argument, followed by numbered paragraphs setting forth Plaintiff's claims. Federal Rule of Civil Procedure 10(b) requires claims to be stated in numbered paragraphs, each limited as far as practicable to a single set of circumstances. Numbering the claims alone does not provide an adequate paragraph structure for responding to the preceding factual allegations. Plaintiff shall file, within thirty (30) days, a complete amended complaint stating the factual allegations in consecutively numbered paragraphs. Each paragraph shall be limited, as far as practicable, to a single set of circumstances. The amended complaint shall comply with Rules 8 and 10. Defendants need not respond to the present Complaint. Their deadline to answer or otherwise respond is extended and shall not commence until the filing of the date of the amended complaint or service of the amended complaint, whichever is later.

Christine P. O'Hearn

**CHRISTINE P. O'HEARN**
**United States District Judge**