**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**HABIBOU YAYE**,

*Plaintiff*,

v.

**KEITH DORR, *et al.***,

*Defendants*.

No. 26-cv-13642

**ORDER**

**O'HEARN, District Judge.**

**THIS MATTER** comes before the Court upon Plaintiff's Motion for Preliminary Injunction, (ECF No. 5), and Application for Emergency Relief, (ECF No. 10). For the reasons stated on the record during the November 5, 2026 hearing, and for good cause shown;

**IT IS**, on this 5th day of November, 2026, **ORDERED** that:

1. Plaintiff's Motion for Preliminary Injunction, (ECF No. 5), and Application for Emergency Relief, (ECF No. 10), are **DENIED** without prejudice.
2. Defendants shall provide Plaintiff and the Court with at least one (1) business day's advance written notice before taking any action to detain Plaintiff. Plaintiff shall be afforded an opportunity to be heard before the Court prior to any such detention.
3. The parties shall meet and confer and, by **Tuesday, November 10, 2026**, submit a joint proposed expedited briefing schedule to address the Court's subject-matter jurisdiction over Plaintiff's underlying claims, including any applicable administrative exhaustion requirements. Any briefing shall also address the relationship between Plaintiff's removal proceedings and naturalization proceedings, including whether and how the outcome of

either proceeding affects the other.

**CHRISTINE P. O'HEARN**
**United States District Judge**