**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Elizabeth F. Vieyra*
*Assistant United States Attorney*

*401 Market Street, 4th Fl.*
*Camden, NJ 08101*
*elizabeth.vieyra@usdoj.gov*

*main: (856) 757-5139*
*direct:(856) 757-5031*

November 10, 2026

SO ORDERED this 10th day of November 20 26
Christine P. O'Hearn
United States District Judge

<u>**Via ECF**</u>
Honorable Christine P. O'Hearn, U.S.D.J.
United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

**Re: *Yaye v. Dorr*, No. 26-cv-13642 (CPO)**
**Status Update re: Proposed Briefing Schedule**

Dear Judge O'Hearn:

This Office represents the Federal Defendants in the above-referenced civil action alleging violations of the Fifth Amendment and the Administrative Procedure Act ("APA"), *see* ECF No. 4 (Am. Compl.). In accordance with the Court's Order entered November 5, 2026, ECF No. 23, we respectfully write, on behalf of the parties, to submit this status update and joint proposed briefing schedule as to the Federal Defendants' anticipated motion to dismiss Plaintiff's underlying claims.

*First*, we provide a status update regarding Plaintiff's ongoing removal proceeding in Immigration Court. On November 6, 2026, an evidentiary hearing took place in which the parties concluded presentation of witness testimony. The Immigration Court continued the proceeding until November 12, 2026, at which time the parties anticipate an oral decision from the Immigration Judge.

*Second*, we confirm that the parties have met and conferred regarding this action. Federal Defendants maintain their position that APA claims are not a viable means to litigate denial of naturalization. Thus, Federal Defendants anticipate filing a motion to dismiss the Amended Complaint in its entirety under Rules 12(b)(1) and 12(b)(6). The parties agreed to and respectfully propose the following briefing schedule:

Opening Brief – November 23, 2026;
Opposition – December 4, 2026;
Reply – December 11, 2026.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Elizabeth F. Vieyra*
ELIZABETH F. VIEYRA
Assistant United States Attorney
*Attorneys for Defendants*

Cc: Counsel of record *(via ECF)*